UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DUSTIN MICHAEL GURWELL,<br><br>  Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,<br><br>  Defendant. | CASE NO. 2:16-cv-01799 JRC<br><br>ORDER ON STIPULATED MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES AND EXPENSES AND FOR COSTS |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13 (*see also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, Dkt. 5; Consent to Proceed Before a United States Magistrate Judge, Dkt. 6). This matter is before the Court on plaintiff's Unopposed Motion for Equal Access to Justice Act Fees, Costs and Expenses (*see* Dkt. 15).

Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), the unopposed motion (*see* Dkt. 15), the stipulation of the parties (*see* Dkt. 16-3), the attorney declaration and time and expense itemizations (*see* Dkt. 16, 16-1), and the relevant record, it is hereby

1 | ORDERED that EAJA attorney's fees of $7,000.00 and expenses in the amount of $16.60, shall
2 | be awarded to plaintiff pursuant to the EAJA and consistent with *Astrue v. Ratliff*, 130 S.Ct.
3 | 2521, 2524, 2010 U.S. LEXIS 4763 at ***6-***7 (2010).

4 | It is further ORDERED that costs in the amount of $4.50 shall be awarded to plaintiff
5 | pursuant to 28 U.S.C. § 1920.

6 | The Acting Commissioner shall contact the Department of Treasury after the Order for
7 | EAJA fees, costs and expenses is entered to determine if the EAJA fees, costs and expenses are
8 | subject to any offset. If it is determined that plaintiff's EAJA fees, costs and expenses are not
9 | subject to any offset allowed pursuant to the Department of the Treasury's Offset Program, then
10 | the check for EAJA fees, costs and expenses shall be made payable to George Andre Fields,
11 | Esq., based on plaintiff's assignment of these amounts to plaintiff's attorney (*see* Fee Agreement,
12 | Dkt. 16-2). If there is an offset, the remainder shall be made payable to plaintiff, based on the
13 | practice of the Department of the Treasury (*see*, *e.g.*, Case No. 2:15-cv-122, Dkt. 22, p. 4). Any
14 | check for EAJA fees shall be mailed to plaintiff's counsel, George Andre Fields, Esq. at P.O.
15 | Box 231024, Sacramento, CA 95823.

16 | .

17 | Dated this 17th day of July, 2017.

*[signature]*

J. Richard Creatura
United States Magistrate Judge